**ALEXANDER KRAKOW + GLICK LLP**
Michael S. Morrison (State Bar No. 205320)
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811
E: mmorrison@akgllp.com

**Wucetich & Korovilas LLP**
Jason M. Wucetich, Esq.
Dimitrios V. Korovilas, Esq.
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Telephone: 310.335.2001
Facsimile: 310.364.5201
Email: Jason@wukolaw.com
       Dimitri@wukolaw.com

Attorneys for Plaintiff JOSHUA COBB, individually and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA COBB, as an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC;<br>AT&T Services, Inc.; and<br>DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: 4:16-CV-05964-JSW<br><br>(Assigned for all purposes to the Hon. Jeffrey S. White – Crt. 5)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT AND DISMISSAL**<br><br>CLASS ACTION (FRCP 23) |

To the Honorable Court:

The parties submit this joint status report pursuant to the Court's December 4, 2018 Order.

As the Court is aware, on September 6, 2018, the Parties participated in a mediation before mediator Steven Rottman. This matter was mediated at the same time as five other actions which are part of a California state court coordinated proceeding entitled "*Directv Wage and Hour Cases*" (Judicial Council Coordination Proceeding No. 4850). Each of the cases that comprise the coordinated proceeding involve the same or similar class of persons as this case and have overlapping class and collective definitions. The mediation resulted in a settlement in principle of the coordinated proceeding and this action.

The parties are currently finalizing a long form settlement agreement, under which Plaintiff Cobb has agreed to be added as a named plaintiff to one of the coordinated cases for purposes of seeking approval of the settlement. Once final approval of the settlement is granted, Cobb will dismiss this action with prejudice.

The Superior Court has set a deadline for the parties to file a motion for preliminary approval of February 13, 2019. A hearing on the parties' motion for preliminary approval of the settlement is set for March 8, 2019. The parties will report the outcome of that hearing to this Court and otherwise keep this Court apprised of the proceedings in the coordinated action.

///

///

///

///

| | |
|---|---|
| Dated: December 11, 2018 | ALEXANDER KRAKOW + GLICK, LLP |
| | |
| | By: */s/ Michael Morrison* |
| | Michael S. Morrison |
| | Attorney for Plaintiff |
| | JOSHUA COBB |
| | individually and on behalf of all others similarly situated |
| | |
| Dated: December 11, 2018 | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | By: */s/ Katherine V.A. Smith* |
| | Jesse A. Cripps |
| | Katherine V.A. Smith |
| | Ashley Allyn |
| | Counsel for Defendant DIRECTV |

\*\*\*

I hereby attest that pursuant to Civil L.R. 5-1 (i)(3), I have received concurrence in the filing of this document from each of the other Signatories.

*/s/ Katherine V.A. Smith*
Katherine V.A. Smith