JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
ASHLEY ALLYN, SBN 254559
  aallyn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
DIRECTV LLC and AT&T SERVICES, INC.

MARVIN E. KRAKOW, SBN 81228
  mkrakow@akgllp.com
MICHAEL S. MORRISON, SBN 205320
  mmorrison@akgllp.com
ALEXANDER KRAKOW GLICK LLP
401 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: 310.394.0888
Facsimile: 310.394.0811

Attorneys for Plaintiff JOSHUA COBB
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA COBB, as an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTV LLC and AT&T SERVICES INC.,<br><br>    Defendants. | CASE NO. 4:16-cv-05964-JSW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION**<br><br>Action Filed: October 14, 2016 |

# STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiff Joshua Cobb ("Plaintiff") and Defendants DirecTV LLC and AT&T Services, Inc. ("Defendants") (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 3, 2017, this Court entered an order granting a stipulation by the Parties to stay this matter;

WHEREAS, on September 6, 2018, the Parties participated in a mediation before mediator Steven Rottman, which resulted in a settlement in principle of this matter and five other actions that are part of a California state court coordinated proceeding entitled "*Directv Wage and Hour Cases*" (Judicial Council Coordination Proceeding No. 4850);

WHEREAS, the Parties then executed a long form Settlement Agreement (the "Settlement Agreement"), which encompassed this action and all five others and went through the settlement approval process in Santa Clara Superior Court for the State of California, which was completed on July 19, 2019 when that Court entered an order granting final approval of the Settlement Agreement;

WHEREAS, according to the terms of the Parties' Settlement Agreement, this action may now be dismissed;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the voluntary dismissal of Plaintiff's individual action with prejudice without a court order.  Each party is to bear its own respective costs and attorneys' fees associated with the action, except as otherwise provided by the Settlement Agreement.  **IT IS SO STIPULATED.**

Dated:  September 30, 2019         GIBSON, DUNN & CRUTCHER LLP

By: /s/ Katherine V.A. Smith
    Katherine V.A. Smith

Attorneys for Defendants DIRECTV LLC and AT&T SERVICES, INC.

Dated: September 30, 2019                ALEXANDER KRAKOW GLICK LLP

                                         By:   /s/ Michael S. Morrison
                                                Michael S. Morrison

                                         Attorneys for Plaintiff JOSHUA COBB


                                               ***

I hereby attest that pursuant to Civil L.R. 5-1 (i)(3), I have received concurrence in the filing of this document from each of the other Signatories.

                                         /s/ Katherine V.A. Smith
                                         Katherine V.A. Smith